**Order entered December 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00143-CR

**TORRY GOODSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F13-62599-K**

## ORDER

The Court **GRANTS** appellant November 30, 2015 third motion for extension of time to file appellant's brief.

We **ORDER** the Dallas County District Clerk to file a supplemental clerk's record that contains the front and back of each jury note within **SEVEN (7) DAYS** from the date of this order.

We **ORDER** appellant to file his brief **on or before December 31, 2015**.

/s/    ADA BROWN
        JUSTICE